UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET MCMAHON : | |
| Plaintiff(s) : | |
| vs. : | Civil No. 10-4121(JBS/AMD) |
| : | |
| : | **ORDER OF DISMISSAL** |
| TRUMP TAJ MAHAL CASINO HOTEL, ET AL : | |
| Defendant(s) : | |
| : | |

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS** on this   15TH   day of   FEBRUARY, 2011

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.

s/ *JEROME B. SIMANDLE*
UNITED STATES DISTRICT JUDGE

cc:   Hon. Jerome B. Simandle, USDJ
      Hon. Ann Marie Donio, USMJ